AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**PERRY K. SCOTT,**

      Petitioner,

      V.                                      CASE NUMBER: **07-C-245**

**FLOYD MITCHELL**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Perry K. Scott's petition pursuant to Title 28, United States Code, Section 2254, is DENIED because it does not state a claim upon which relief may be granted. This action is hereby DISMISSED.**

| **March 30, 2007** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |

                                                s/ Linda M. Zik
                                                (By) Deputy Clerk

Dockets.Justia.com